UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANK A. MCKENZIE | CIVIL ACTION |
| VERSUS | NO. 12-1790 |
| LAFOURCHE PARISH SHERIFFS OFFICE, LAFOURCHE DETENTION CENTER, CRAIG DENISON, ROBERT CAFFEREY, CONRAD CARRUSO | SECTION "C"(4) |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Frank A. McKenzie's § 1983 claims against the defendants, Lafourche Parish Sheriffs Office, the Lafourche Parish Detention Center, Deputy Craig Denison, Deputy Robert Cafferey, and Deputy Conrad Carruso, are **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 7th day of January, 2013.

UNITED STATES DISTRICT JUDGE